UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 15 2016

Nippon Express (USA) Illinois, Inc.,

        Third-Party Plaintiff,

–v–

Container Logistics Group, Inc., et al.,

        Third-Party Defendants.

15-cv-7931 (AJN)

ORDER TO SHOW CAUSE

ALISON J. NATHAN, District Judge:

    Based upon the declaration of Dennis A. Cammarano, sworn to on April 8, 2016, and upon the Proposed Default Judgment, copies of all the pleadings, and the Clerk's Certificates of Default entered on February 29, 2016, it is hereby:

    ORDERED that third-party Defendants Container Logistics Group, Inc., Joseph E. Goodwin, Brianna Goodwin, and Tricia M. Goodwin show cause before this Court at Courtroom 906, United States Courthouse, 40 Foley Square, in the City, County and State of New York, on **Wednesday, May 11, 2016, at 11:00 a.m.**, or as soon thereafter as counsel may be heard, why an order should not be issued granting default judgment to third-party Plaintiff Nippon Express (USA) Illinois, Inc. ("NEU"); and it is further

    ORDERED that NEU shall cause a copy of this Order, along with the papers submitted by NEU in support of its request for default judgment, to be delivered to third-party Defendants, and shall file proof of such service on the docket, on or before **April 22, 2016**; and it is further

    ORDERED that answering papers, if any, shall be served and filed on or before **May 2, 2016**, with courtesy copies sent to Chambers on the same day as such papers are filed.

    SO ORDERED.

1

Dated: April 15, 2016
      New York, New York

                                                  ALISON J. NATHAN
                                                  United States District Judge