DENNIS A. CAMMARANO / 6154
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, CA 90802
Telephone: 562-495-9501
Facsimile: 562-495-3674
E-mail: dcammarano@camlegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED MAY 11 2016

Attorney for Third-Party Plaintiff,
NIPPON EXPRESS U.S.A. (ILLINOIS), INC.

---------------------------------------------------
UNITED STATES DISTRICT COURT )
SOUTHERN DISTRICT OF NEW YORK )
---------------------------------------------------)

NIPPON EXPRESS U.S.A. (ILLINOIS),
INC.,

        Third- Party Plaintiff

    vs.

CONTAINER LOGISTICS GROUP INC.,
et al.,

        Third-Party Defendants

---------------------------------------------------)

ECF CASE

15 Civ. 7931 (AJN)(DCF)

IN ADMIRALTY

**JUDGMENT** [Proposed]

This third party action having been commenced by NIPPON

EXPRESS U.S.A. (ILLINOIS), INC. on November 13, 2015 and then by its filing

of an Amended Third-Party Cross-Complaint on December 30, 2015, and service

of the amended pleading and summons thereon; these documents having been

served on Third-Party Defendants as follows:

| Third-Party Defendant | Date of Service | Proof of Service Filed |
|---|---|---|
| **Container Logistics Group, Inc.** | 01/20/16 | 02/01/16 |
| **Joseph E. Goodwin** | 01/08/16 | 01/18/16 |
| **Brianna Goodwin** | 01/08/16 | 01/18/16 |
| **Tricia M. Goodwin** | 01/08/16 | 01/18/16 |

Third-Party Defendants not having answered the Amended Third-Party Cross-Complaint, and the time for answering the Amended Third-Party Cross-Complaint having expired without additional time having been requested or granted, the Clerk of the Court entered Certificates of default against the foregoing Third-Party Defendants on February 29, 2016. Now, based on the application for entry of default by NIPPON EXPRESS U.S.A. (ILLINOIS), INC., and not having received any response to the Court's Order to Show Cause, it is hereby

ORDERED, ADJUDGED AND DECREED:

Judgment on each of the causes of action in the Amended Third-party Cross-Complaint shall be and is entered in favor of by NIPPON EXPRESS U.S.A. (ILLINOIS) INC. and against Third-Party Defendants, Container Logistics Group,

///

///

Inc., Joseph E. Goodwin, Brianna Goodwin, and Tricia M. Goodwin, jointly and

severally, in the amount of $200,000, with post-judgment interest to accrue at the

legal rate from notice of the date of entry of this Judgment.

Dated: _____

_____
ALISON J. NATHAN
UNITED STATED DISTRICT COURT JUDGE

*3329 Proposed Default Judgment 040716.wpd*