DENNIS A. CAMMARANO / 6154
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, CA 90802
Telephone: 562-495-9501
Facsimile: 562-495-3674
E-mail: dcammarano@camlegal.com

Attorney for Third-Party Plaintiff,
NIPPON EXPRESS U.S.A. (ILLINOIS), INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIPPON EXPRESS U.S.A. (ILLINOIS), INC., <br><br>    Third- Party Plaintiff <br><br> vs. <br><br> CONTAINER LOGISTICS GROUP INC., et al., <br><br>    Third-Party Defendants | ECF CASE <br><br> 15 Civ. 7931 (AJN)(DCF) <br><br> IN ADMIRALTY <br><br> **NOTICE OF ENTRY OF JUDGMENT** <br><br> The Honorable Allison J. Nathan |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on May 11, 2016, the Court entered judgment in favor of NIPPON EXPRESS U.S.A. (ILLINOIS), INC. and against Third-Party Defendants, Container Logistics Group, Inc., Joseph E. Goodwin, Brianna Goodwin, and Tricia M. Goodwin, jointly and severally, in the amount of

$200,000, with post-judgment interest to accrue at the legal rate from entry of judgment.

The judgment is attached hereto as Exhibit 1 to this notice and is incorporated by reference.

Dated: May 13, 2016                 CAMMARANO LAW GROUP

                                          By:   */s/ Dennis A. Cammarano*
                                                   Dennis A. Cammarano
                                                   Attorney for Third-Party Plaintiff
                                                   NIPPON EXPRESS U.S.A.
                                                   (ILLINOIS), INC.

*3329 Notice of Entry of Judgment.wpd*

# EXHIBIT 1

DENNIS A. CAMMARANO / 6154
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, CA 90802
Telephone: 562-495-9501
Facsimile: 562-495-3674
E-mail: dcammarano@camlegal.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 11 2016
```

Attorney for Third-Party Plaintiff,
NIPPON EXPRESS U.S.A. (ILLINOIS), INC.

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIPPON EXPRESS U.S.A. (ILLINOIS), INC.,

    Third-Party Plaintiff

vs.

CONTAINER LOGISTICS GROUP INC., et al.,

    Third-Party Defendants

---

ECF CASE

15 Civ. 7931 (AJN)(DCF)

IN ADMIRALTY

JUDGMENT [~~Proposed~~]

---

This third party action having been commenced by NIPPON EXPRESS U.S.A. (ILLINOIS), INC. on November 13, 2015 and then by its filing of an Amended Third-Party Cross-Complaint on December 30, 2015, and service of the amended pleading and summons thereon; these documents having been served on Third-Party Defendants as follows:

| Third-Party Defendant | Date of Service | Proof of Service Filed |
|---|---|---|
| **Container Logistics Group, Inc.** | 01/20/16 | 02/01/16 |
| **Joseph E. Goodwin** | 01/08/16 | 01/18/16 |
| **Brianna Goodwin** | 01/08/16 | 01/18/16 |
| **Tricia M. Goodwin** | 01/08/16 | 01/18/16 |

Third-Party Defendants not having answered the Amended Third-Party Cross-Complaint, and the time for answering the Amended Third-Party Cross-Complaint having expired without additional time having been requested or granted, the Clerk of the Court entered Certificates of default against the foregoing Third-Party Defendants on February 29, 2016. Now, based on the application for entry of default by NIPPON EXPRESS U.S.A. (ILLINOIS), INC., and not having received any response to the Court's Order to Show Cause, it is hereby

ORDERED, ADJUDGED AND DECREED:

Judgment on each of the causes of action in the Amended Third-party Cross-Complaint shall be and is entered in favor of by NIPPON EXPRESS U.S.A. (ILLINOIS) INC. and against Third-Party Defendants, Container Logistics Group,

///

///

Inc., Joseph E. Goodwin, Brianna Goodwin, and Tricia M. Goodwin, jointly and severally, in the amount of $200,000, with post-judgment interest to accrue at the legal rate from notice of the date of entry of this Judgment.

Dated: May 11, 2016

ALISON J. NATHAN
UNITED STATED DISTRICT COURT JUDGE

*3329 Proposed Default Judgment 040716.wpd*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California, am over the age of 18, and not a party to this action.  My business address is 555 East Ocean Boulevard, Suite 501, Long Beach, California 90802.
      On May 13, 2016 I served the foregoing document(s) described as **NOTICE OF ENTRY OF JUDGMENT** on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Container Logistics Group, Inc.<br>c/o Spiegel, & Utrera P.A.<br>642 Broad St., Ste. 2<br>Clifton, NJ 07013 | Tricia M. Goodwin<br>77 Hanover Rd.<br>Mountain Lakes, NJ 07046 |
| Joseph E.Goodwin dba G5 Logistics<br>77 Hanover Rd.<br>Mountain Lakes, NJ 07046 | Brianna Goodwin<br>77 Hanover Rd.<br>Mountain Lakes, NJ 07046 |

☐    **BY PERSONAL DELIVERY**.  I delivered such envelope by hand to the offices of the addressee.

X    **BY MAIL**.  I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Long Beach, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for mailing.  Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    **BY FACSIMILE TRANSMISSION**.  I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein.  The facsimile machine used complies with California Rule of Court 2003 and no error was reported by the machine.  Pursuant to California Rules of Court 2006, et al., I caused the machine to print a transmission record of the transmission and the transmission record was properly issued by the transmitting facsimile machine.

☐    **BY OVERNIGHT CARRIER**.  I caused such envelope(s) to be given to an overnight mail service at Long Beach, California, to be hand delivered to the office of the addressee(s) on the next business day.

☐    **BY E-MAIL**.  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on May 13, 2016, at Long Beach, California

☐    **(State)**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X    **(Federal)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                           _____/ s /_____
                                                                               Marie Gaona